■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERIC L. STADD, Appellant.— Appeal from a judgment of the County Court, Nassau County, rendered July 17, 1967, convicting defendant of assault in the third degree, upon a jury verdict, and imposing sentence. Judgment affirmed. In our opinion, the denial of defendant's motion to suppress the testimony of witnesses Christensen and Neyland was proper (see *People* v. *Dannic,* 30 A D 2d 679, and cases cited therein). Insofar as Christensen is concerned, there was sufficient evidence to establish that he would have been interrogated even if defendant had not mentioned his name in his statement to the detective. With respect to Neyland, the evidence establishes no more than that her identity was learned as a result of defendant's reference to her in his improperly obtained statement to the police. There is absolutely no proof which indicates that, apart from revealing her identity, defendant's statement was instrumental in inducing her to testify or in affecting the substance of her testimony. We have considered defendant's other contentions and find them to be without merit. Christ, Acting P. J., Benjamin, Munder, Martuscello and Kleinfeld, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM BRAY, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding the appeal is from a judgment of the Supreme Court, Westchester County, dated August 20, 1968, which dismissed the writ. Judgment affirmed, without costs. We affirm the dismissal of the writ on the ground that no reason of practicality or necessity was asserted to justify review of the matters raised by habeas corpus while relator's consolidated appeal from the judgment of conviction and from the denial of an application for *coram nobis* relief is pending (*People ex rel. Keitt* v. *McMann,* 18 N Y 2d 257, 262; *People ex rel. Blyden* v. *Denno,* 28 A D 2d 683, cert. den. 390 U. S. 966; *People ex rel. Singleton* v. *Deegan,* 31 A D 2d 769). Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ISRAEL V. LAO, Appellant, v. JOHN T. DEEGAN, as Warden of Sing Sing Prison, Respondent.— In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Westchester County, entered November 18, 1968, which dismissed the writ. Judgment affirmed, without costs. (*People ex rel. Smith* v. *Deegan,* 32 A D 2d 940.) Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEO MOSLEY, Appellant, v. HAROLD W. FOLLETTE, as Warden of Green Haven Prison, Respondent. — In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Dutchess County, dated January 23, 1969, which dismissed the writ. Judgment affirmed, without costs. (*People ex rel. Smith* v. *Deegan,* 32 A D 2d 940.) Beldock, P. J., Christ, Brennan, Hopkins and Martuscello, JJ., concur.